# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

RICK LYN SHADDON,       )
       )
       Petitioner,       )
       )
vs.       )       **Case No. 05-3521-CV-S-GAF**
       )
ROBERT McFADDEN, Warden, et al.,   )
       )
       Respondents.       )

## <u>ORDER</u>

Now pending before the Court is petitioner's Petition for Writ of Habeas Corpus in which he challenges his convictions, sentence, and conditions of his confinement.

On August 30, 2006, Chief United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. #20). On September 14, 2006, petitioner filed his Exceptions to the Report and Recommendation of United States Magistrate (Doc. #21).

Upon careful and independent review of the pending motion, petitioner's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that petitioner's Petition for Writ of Habeas Corpus is dismissed without prejudice.

SO ORDERED.

/s/ Gary A. Fenner       
GARY A. FENNER, JUDGE
United States District Court

DATED:   September 15, 2006